**In re TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION.**

Madelyn Haines and Paul Zamrowski, Appellants,

v.

Arthur E. Lange Revocable Trust, Arthur C. Lange, Neal J. Polan, HFM Charitable Remainder Trust, Eastham Capital Appreciation Fund LP, NPV Positive Corp., Daniel Jackson, Laborers Local Pension Plan 17, Arthur M. Brainson, Yvette Finkelstein, and Group Defined Pension Plan & Trust, Chateau Fiduciaire S.A., Matthew L. Klein Irrevocable Family Trust, Harriet Rutter Klein Revocable Trust, Geoffrey Rabie Credit Shelter Trust, and Joanne Brenda Rabie Credit Shelter Trust, Plaintiff–Appellees,

and

Massachusetts Mutual Life Insurance Company, MassMutual Holding LLC, Oppenheimer Acquisition Corp., Tremont Capital Management Inc., Tremont Group Holdings, Inc., Rye Investment Management, Tremont Partners, Inc., Tremont (Bermuda) Limited, Harry Hodges, Robert Schulman, Jim Mitchell, Rupert Allan, O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, Cynthia J. Nicoll, Tremont Market Neutral Fund L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II L.P., Tremont Opportunity Fund III L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund–Ireland, Tremont Strategic Insurance Fund, L.P., Rye Select Broad Market Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., and Rye Select Broad Market Portfolio Limited, Defendant–Appellees.

Nos. 11–3899, 11–4030, 11–3923, 11–4022 *.

United States Court of Appeals, Second Circuit.

April 3, 2014.

Vincent T. Gresham, Atlanta, Ga, for Appellants.

Andrew J. Entwistle (Arthur V. Nealon and Robert N. Cappucci, Entwistle & Cappucci LLP, New York, N.Y., and Reed R. Kathrein and Lee M. Gordon, Hagens Berman Sobol Shapiro LLP, Berkeley, Cal., on the brief), Entwistle & Cappucci LLP, New York, N.Y., for appellees Arthur E. Lange Revocable Trust, Arthur E. Lange, Neal J. Polan, HFM Charitable Remainder Trust, Eastham Capital Appreciation Fund LP, NPV Positive Corp., and for the benefit of Nominal Defendants, Daniel Jackson, and Laborers Local Pension Plan 17.

Jeffrey M. Haber (Stephanie M. Beige, on the brief), Bernstein Liebhard LLP, New York, N.Y., for appellees Arthur M. Brainson, Yvette Finkelstein, and Group Defined Pension Plan & Trust.

Demet Basar (Daniel W. Krasner, on the brief), Wolf Haldenstein Adler Free-

* 11–4030 is currently the only open case number. The other case numbers have been determined by orders filed Mar. 13, 2013 (11–3899); Apr. 24, 2012 (11–3923); and Oct. 24, 2012 (11–4022).

man & Herz LLP, New York, N.Y., for appellees Chateau Fiduciaire S.A., Matthew L. Klein Irrevocable Family Trust, and Harriet Rutter Klein Revocable Trust.

David A. Rosenfeld, Robbins Geller Rudman & Dowd LLP, Melville, N.Y., for appellees Geoffrey Rabie Credit Shelter Trust and Joanne Brenda Rabie Credit Shelter Trust.

Joseph L. Kociubes (Carol E. Head, on the brief), Bingham McCutchen LLP, Boston, Mass., for appellees Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC.

David A. Kotler, Dechert LLP, Princeton, N.J., for appellee Oppenheimer Acquisition Corp.

Seth Schwartz (Jason C. Vigna, on the brief), Skadden, Arps, Slate, Meagher & Flom LLP, New York, N.Y., for appellees Tremont Capital Management Inc., Tremont Group Holdings, Inc., Rye Investment Management, Tremont Partners, Inc., Tremont (Bermuda) Limited, Harry Hodges, Robert Schulman, Jim Mitchell, Rupert Allan, Lynn O. Keeshan, Patrick Kelly, Stephen Thomas Clayton, Stuart Pologe, and Cynthia J. Nicoll.

Jamie B.W. Stecher (Ralph A. Siciliano, David J. Kanfer, Zev Feinstein Raben, on the brief), Tannenbaum Helpern Syracuse & Hirschtritt LLP, New York, N.Y., for appellees Tremont Market Neutral Fund L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II L.P., Tremont Opportunity Fund III L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund–Ireland, Tremont Strategic Insurance Fund, L.P., Rye Select Broad Market Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., and Rye Select Broad Market Portfolio Limited.

PRESENT: DENNIS JACOBS, SUSAN L. CARNEY and CHRISTOPHER F. DRONEY, Circuit Judges.

### *SUMMARY ORDER*

Madelyn Haines and Paul Zamrowski appeal from a judgment of the United States District Court for the Southern District of New York (Griesa, *J.*), approving a class action settlement over their objections. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

By summary order of October 25, 2013, we remanded this matter pursuant to the procedure outlined in *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir.1994). *See In re Tremont Secs. Law, State Law & Ins. Litig.*, 542 Fed.Appx. 43 (2d Cir.2013). The purpose of the remand was to clarify whether the Settlement Agreement released the appellants' claims arising from the Trustee Settlement.

The district court responded in an order (dated December 13, 2013) stating that the claims arising out of the Trustee Settlement were not released in the Settlement Agreement. *In re Tremont Secs. Law, State Law & Ins. Litig.*, 08 Civ. 11117, ECF No. 914 (S.D.N.Y. Dec. 13, 2013). Pursuant to our previous summary order, therefore, we conclude that the appellants' appeal is moot.

For the foregoing reasons, and finding no merit in the appellants' other arguments, we hereby **DISMISS** the appeal as moot.